IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE HOTEL INDUSTRY - ILWU PENSION PLAN TRUST FUND; ILWU LOCAL 142 HEALTH AND WELFARE TRUST FUND,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MARIS COLLECTIVE, INC., a California Corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10<br><br>　　　　Defendants.<br>_____ | CV 21-00133 LEK-RT |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

　　　　Findings and Recommendation having been filed on January 27, 2022 and served on all parties on January 28, 2022, and no objections having been filed by any party,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Award Plaintiffs' Reasonable Attorneys' Fees and Costs",

ECF No. 25, are adopted as the opinion and order of this Court.

 IT IS SO ORDERED.

 DATED AT HONOLULU, HAWAII, February 11, 2022.



           /s/ Leslie E. Kobayashi
           Leslie E. Kobayashi
           United States District Judge